UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERA HARRIS,

    Plaintiff,

vs                                                                       Case No: 11-13661
                                                                        Honorable Victoria A. Roberts

THE HOME DEPOT,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff filed the above entitled motion following the entry of this Court's Order dismissing her case with prejudice. The Court requested that Home Depot respond to the motion. Home Depot did that on October 9, 2012.

Eastern District of Michigan Local Rule 7.1 provides that a motion for reconsideration will be granted only if the moving party demonstrates a palpable defect by which the Court, the parties and other persons entitled to be heard on the motion have been misled. The moving party must also show that correcting the defect will result in a different disposition of the case.

There was no palpable defect by which the Court was misled in dismissing Plaintiff's Complaint. Plaintiff was on notice that she had certain obligations to fulfill to avoid dismissal; she failed to meet those obligations.

The Motion for Reconsideration is **DENIED**. Defendant's request for costs, attorney fees and/or other sanctions is **DENIED.**

**IT IS ORDERED**.

        /s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: October 15, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 15, 2012.

S/Linda Vertriest
Deputy Clerk